MARY A. DENNERLEIN, Respondent, v. EMMA M. R. MARTIN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of

Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order on notice before Mr. Justice Young.